Certificate Number: 05781-OR-DE-033230012

Bankruptcy Case Number: 19-32875



05781-OR-DE-033230012

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2019, at 9:46 o'clock AM PDT, Jessica Israel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: August 9, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President